UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 11-46399-705 |
| Latoya Steward, | ) |
| | ) |
| | ) Chapter 7 |
| | ) |
| | ) Objection to Claims #1-1, 2-1, and 3-1 |
| Debtor. | )  **Docket No. 267** |

## CERTIFICATION

The undersigned certifies that all entities entitled to notice of Debtor's Objection to Claims #1-1, 2-1, and 3-1 in accordance with Local Bankruptcy Rules have been served with the foregoing motion/ pleading/objection and the time for response has passed.  No responses in opposition have been filed or any responses in opposition have been resolved.  Movants request the Court enter the attached Order which supercedes any prior proposed Orders**.**

THE BANKRUPTCY COMPANY

By:   */s/ David Gunn*
David N. Gunn, EDMO #54880MO
Attorney for Debtor
2025 South Brentwood, Suite 206
St. Louis, MO  63144
Telephone: (314) 961-9822
Fax: (314) 961-9825
E-mail: stlouis@tbcwam.com

## ORDER

Upon Debtor's Objection to Claim Numbers 1-1 and 2-1 filed by World Finance Corporation and Claim Number 3-1 filed by Troy Veterinary Clinic for good cause shown

**IT IS ORDERED** that Debtor's Objections are **Sustained.**

**IT IS FURTHER ORDERED** that claim numbers 1-1, 2-1, and 3-1 are disallowed.

DATED:  January 6, 2015
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

Order prepared by:

David Gunn
Attorney for Debtor
2025 South Brentwood
Suite 206
Brentwood, MO 63144

Copy mailed to:

Rebecca E. Case
Chapter 7 Trustee
7733 Forsyth Blvd., Ste. 500
St. Louis, MO 63105

Office of the United States Trustee
Office of U.S. Trustee
111 South Tenth Street, Ste. 6353
St. Louis, MO 63102

World Finance Corporation
4109 Mexico Road
St. Peters, MO 63376

Troy Veterinary Clinic
210 North Lincoln Drive
Troy, MO 63379