**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No 11-46399-705** |
| **LATOYA STEWARD** | § | |
| | § | **Chapter 7** |
| Debtor | § | |

## REQUEST FOR ALTERNATIVE TO POSTING A SUPERSEDEAS BOND

Comes now Critique Services, LLC and informs the Bankruptcy Court that it can deposit with the Court the amount it requires for a supersedeas bond, FIFTY-TWO THOUSAND TWO HUNDRED SIX dollars ($52,206).  Critique Services, LLC requests that the Court allow it to deposit that amount with the Court in place of the bond under the condition that it serves the same purpose as the bond, that is, should Critique Services, LLC's appeal be successful, the money will be returned to it and if its appeal is not successful then the money will be taken by the Court for the payment of the amounts of sanctions imposed on it. Critique Services, LLC does not want this deposit of the money in lieu of a bond to be misconstrued that it is paying the amounts assessed against it so that the proceedings against it will be ended and its rights of appeal will be terminated.  Should the Court not permit this alternative to posting a supersedeas bond, then Critique Services, LLC will post a supersedeas bond as stated in its filing yesterday.

WHEREFORE, Critique Services, LLC requests that this Honorable Court allow it to deposit $52,206 with the Court in lieu of posting a supersedeas bond to serve the same purpose as posting a supersedeas bond would and not as payment of the amounts assessed against it and grant such other and further relief as the Court deems just under the circumstances herein.

Page 1 of  2

Respectfully submitted,
Attorney for Critique Services, LLC


/s/  Laurence D. Mass
Laurence D. Mass                   #30977MO
230 South Bemiston, Suite 1200
St. Louis, Missouri  63105
Phn:   (314) 862-3333, Ext. 20
Fax:    (314) 862-0605
Email: laurencedmass@att.net


## CERTIFICATE OF SERVICE

By signature above I hereby certify that I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

By: /s/  Laurence D. Mass