Activity in Case 4:14-cv-01094-RWS Robinson et al v. Steward Notice of Appeal
Moed_AutoSend
to:
MOED_ECF_Notification
04/29/2015 12:16 AM
Hide Details
From: Moed_AutoSend@moed.uscourts.gov

To: MOED_ECF_Notification@moed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Missouri**

**Notice of Electronic Filing**

The following transaction was entered by Walton, Elbert on 4/29/2015 at 0:15 AM CDT and filed on 4/28/2015

| | |
|---|---|
| **Case Name:** | Robinson et al v. Steward |
| **Case Number:** | 4:14-cv-01094-RWS |
| **Filer:** | James C. Robinson |
| | Elbert A Walton, Jr |

**WARNING: CASE CLOSED on 03/31/2015**
**Document Number:** 75

**Docket Text:**
**NOTICE OF APPEAL as to [67] Judgment - (Case), by Appellants James C. Robinson,**

**Elbert A Walton, Jr. Filing fee $ 505, receipt number 0865-4841632.**

### 4:14-cv-01094-RWS Notice has been electronically mailed to:

U.S. BANKRUPTCY COURT     CAMailbox@moeb.uscourts.gov

David N. Gunn     davidnelsongunn@hotmail.com

E. Rebecca Case     rcase@stoneleyton.com

Elbert A. Walton , Jr     elbertwalton@elbertwaltonlaw.com

James C. Robinson     attorneyjrobinson@hotmail.com

James J. Haller     jhaller@tbcwam.com, jim_haller@yahoo.com

Laurence D. Mass     laurencedmass@att.net

Ross H. Briggs     r-briggs@sbcglobal.net

### 4:14-cv-01094-RWS Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=4/29/2015] [FileNumber=5959677-0
] [981c4e754c19213b8bee3bf809e0bb945fc7e6a4412c797419733a2984428c3eb00
0ff598bf863215180ab3195185ad29018deaac5fcc14b09f54b417edcca74]]