UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: §
 §
 § Case No 11-46399-705
LATOYA STEWARD §
 § Chapter 7
 Debtor §

## NOTICE OF POSTING A CASH BOND

Comes now Critique Services, LLC and informs the Court that it alone has posted a cash bond in the amount of FIFTY-TWO THOUSAND TWO HUNDRED SIX dollars ($52,206.00).

Although Critique Services, LLC takes exception to the Court's ruling that even if Critique Services, LLC is successful on appeal, if Walton and Robinson are not, the bond is forfeited, Critique Services, LLC will not pursue this issue at this time.

Respectfully submitted,
Attorney for Critique Services, LLC

/s/  Laurence D. Mass
Laurence D. Mass            #30977MO
230 South Bemiston, Suite 1200
St. Louis, Missouri  63105
Phn:   (314) 862-3333, Ext. 20
Fax:   (314) 862-0605
Email: laurencedmass@att.net

## CERTIFICATE OF SERVICE

By signature above I hereby certify that I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

By: /s/  Laurence D. Mass