**Bank of America** | Cashier's Check | No. 1102805881

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days    30-1/1140 NTX    Date 05/01/15 12:48:21 PM

LINDELL
0007    0001804    0116

Pay    ***$52,206.00

To The Order Of: CLERK OF THE U.S. BANKRUPTCY COURT
APPEAL'S BOND

Remitter (Purchased By): BEVERLY HOLMES-DILTZ

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈110280588⑈ ⑆114000019⑆ 001641004803⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

018560903

www.bankofamerica.com

ENDORSE CHECK HERE
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
3752218107

DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

00-53-3348
11-2010