IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:  LATOYA L. STEWARD             )   CASE NO: 11-46399-705
        DEBTOR                        )   CHAPTER 7

### AFFIDAIVT

I, Pamela B. Leonard, being duly sworn upon my oath, state the following:

1. I am over the age of eighteen and competent to make this Affidavit.
2. I am attorney currently employed with the law firm of Sommars & Associates, LLC.
3. The Court may deem the following facts relevant to the issue of compliance with the Amended Memorandum Opinion and Order dated June 11, 2014. (Docket No. 29)
4. On August 13, 2015, I appeared in the Circuit Court of St. Louis County, Division 19 to conduct a judgment debtor examination in the matter of Gateway Metro Credit Union vs Michael Askew and Mary Stueck, Case No: 2106CC-02910.
5. Defendant, Michael Askew appeared.
6. Prior to beginning the examination, I asked Mr. Askew if he was willing to proceed, at which time he stated "Yes, I guess so, but I have hired James Robinson to file a Bankruptcy for me."
7. Being aware of the Orders entered by this Court in this matter and others, I advised Mr. Askew that it was my understanding that Mr. Robinson is currently prohibited from filing Bankruptcy cases or otherwise practicing before the Bankruptcy Court in this District.
8. Thereupon, Mr. Askew modified his response and stated that "Mr. Robinson is only helping out with the paperwork."
9. At this time, I advised Mr. Askew that, because he stated that he had hired an attorney, I could not proceed with the Debtor examination.
10. I then left the Courtroom and made notes to document the conversation.

Further Affiant sayeth not.

_____
Pamela B. Leonard MO #37027
911 Washington Ave., Ste. 415
St. Louis, MO  63101
314/241-5500; fax 314/241-5507
pamela@sommars.net

STATE OF MISSOURI
CITY OF ST. LOUIS
Subscribed and sworn to me this 21st day of August, 2015.

_____
Notary Public

My Commission Expires:

KIMBERLY MARIE YEAGER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: July 24, 2016
Commission #12371543