IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In re: ) Case No 11-46399-705
    Latonya Steward )
) Chapter 7
)

**Reply to Affidavit**
**Filed by Pamela B. Leaonard**

Come now, James C. Robinson, Attorney at Law, and reply as follows to the Affidavit filed by Pamela B. Leonard;

1. The allegation that I assisted the named party in a bankruptcy is untrue.

2. The allegation that I assisted the named party in filling out bankruptcy paperwork is untrue.

3. No person has retained my services for bankruptcy since my suspension, June 10, 2014.

/s/ James C. Robinson #63594
Attorney at Law
3919 Washington
St. Louis, MO 63108
(314)533-4357
(314)533-4356

Certificate of Service

    I hereby certify that a true and correct copy of the above and forgoing was served by regular mail this 24th day of August, 2015 on the following:

Pamela B. Leonard
911 Washington
St. Louis, Mo 63101