IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| In re: | § | Case No. 11-46399-705 |
|---|---|---|
| | § | |
| Latoya Steward, | § | Chapter 7 |
| | § | |
| Debtor. | § | [Related to Doc. No. 307] |

### ORDER DIRECTING THAT THE AFFIDAVIT AT DOCKET NO. 307 BE FORWARDED TO THE PROPER AUTHORITIES

On August 21, 2015, a well-regarded, long-time bankruptcy practitioner in good standing in this District, Pamela Leonard, filed an affidavit (the "Affidavit") [Doc. No. 307] in this Case. In the Affidavit, Ms. Leonard attests that, during an unrelated state court proceeding, she was advised by the opposing party—a Mr. Michael Askew—that he retained the services of James C. Robinson to represent him in a bankruptcy case to be filed in this District. Ms. Leonard, being familiar with the order entered in this Case suspending Mr. Robinson from the privilege of practicing law before this Court, attests that she advised Mr. Askew that it was her understanding that Mr. Robinson was suspended. Ms. Leonard attests that Mr. Askew then stated, "Mr. Robinson is only helping out with the paperwork."

Ms. Leonard is an officer of this Court. She came upon information that suggests that Mr. Robinson is violating a suspension order of this Court and perpetrating a fraud upon the public and this Court by continuing to practice law in violation of his suspension. Ms. Leonard's decision to disclose to the Court this information is both professionally appropriate and personally commendable.

On August 24, 2015, Mr. Robinson filed a three-line Response to the Affidavit. In his Response, he claims that there is an "allegation" that he assisted Mr. Askew "in a bankruptcy case" and an "allegation" that he assisted Mr. Askew in "filling out bankruptcy papers." This is false. Ms. Leonard made no allegation of any kind regarding what Mr. Robinson may have done. Ms. Leonard merely attests to representations made to her by Mr. Askew, who advised that Mr. Robinson is his bankruptcy counsel.

1

Mr. Robinson also makes the representation that "no person has retained my services for bankruptcy since my suspension." The Court is uncertain of what the imprecise phrase "my services for bankruptcy" means, but notes that Mr. Robinson is prohibited from providing any services in connection with any case that is, or is anticipated to be, filed in this Court—including the service of "helping out with paperwork."

Mr. Robinson has repeatedly made false and misleading statements to this Court (both in this Case as well as in the matters of *In re Reed, et al.* (Lead Case No. 14-44818)). And, as numerous orders docketed in this Case show, Mr. Robinson also has violated both the terms of his suspension from using the Court's exteriorly located drop box to file documents, as well as the terms of his suspension from the privilege of practicing before this Court. Given Mr. Robinson's history of dishonesty and willful disobedience to Court orders, the attestations in the Affidavit come as no surprise to the Court.

The Court **ORDERS** as follows:

(I)  a copy of this Order and the Affidavit be forwarded to the Missouri Supreme Court's Office of Chief Disciplinary Counsel (the "OCDC"), in supplement to the Court's currently pending referral of Mr. Robinson's activities in this Case;

(II) a copy of this Order and the Affidavit be forwarded to the U.S. District Court for the Eastern District of Missouri, in supplement to this Court's disciplinary referral to the U.S. District Court in June 2014, which lead to the opening of U.S.D.C. Case No. 14-MC-352, a disciplinary proceeding against Robinson now pending before that court; and

(III) a copy of this Order and Affidavit be forwarded to the Office of the United States Trustee.

2

In addition, the Court also may give consideration to the Affidavit, should Mr. Robinson seek reinstatement to the privilege of practicing in the future.

DATED: August 26, 2015  
St. Louis, Missouri 63102  
mtc

CHARLES E. RENDLEN, III  
U.S. Bankruptcy Judge

**COPY MAILED TO:**

**Ross H. Briggs**  
Post Office Box 58628  
St. Louis, MO 63158

**James Clifton Robinson**  
Critique Services  
3919 Washington Blvd.  
St. Louis, MO 63108

**Office of US Trustee**  
111 S Tenth St, Ste 6.353  
St. Louis, MO 63102

**Robert J. Blackwell**  
Blackwell and Associates (trustee)  
P.O. Box 310  
O'Fallon, MO 63366-0310

**David A. Sosne**  
Summers Compton Wells LLC  
8909 Ladue Rd.  
St. Louis, MO 63124

**Tom K. O'Loughlin**  
O'Loughlin, O'Loughlin et al.  
1736 N. Kingshighway  
Cape Girardeau, MO 63701

3

**Kristin J Conwell**
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156

**Seth A Albin**
Albin Law
7710 Carondelet Avenue
Suite 405
St. Louis, MO 63105

**E. Rebecca Case**
7733 Forsyth Blvd.
Suite 500
Saint Louis, MO 63105

**Beverly Holmes Diltz And Critique Services L.L.C**
Through their counsel, Laurence Mass
230 S Bemiston Ave Suite
1200 Clayton, MO 63105

**Laurence D. Mass**
230 S Bemiston Ave
Suite 1200
Clayton, MO 63105