### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | Case No. 11-46399-705 |
| | § | |
| Latoya Steward, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### ORDER DIRECTING THE RELEASE AND APPLICATION
### OF $3,000.00 HELD IN THE COURT'S REGISTRY ACCOUNT

On February 7, 2014, the Court issued an Order Imposing Sanctions upon Respondent James Robinson for Violating the Order Imposing Additional Sanctions (the "Sanction Order"). In the Sanction Order, James Robinson was sanctioned and ordered to pay $3,000.00.

On February 11, 2014, Mr. Robinson presented a check in the amount of $3,000.00 to the Clerk of the Bankruptcy Court ("Bankruptcy Clerk"). The check was negotiated and all funds were deposited into the Court's Registry Fund.

All appeal times and deadlines relating to the Sanction Order have expired. Accordingly, the Court **ORDERS** the Bankruptcy Clerk, as soon as practicable, transfer $3,000.00 from the Registry Account to the Miscellaneous Fines and Penalties Account 109900.

DATED: March 15, 2017
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

**Copy Mailed To:**

**David Nelson Gunn**
The Consumer Law Center of Saint Louis
DBA The Bankruptcy Company LLC
2025 S. Brentwood, Ste 206
Brentwood, MO 63144

**LaToya L Steward**
PO Box 110
Troy, MO 63379

**James Clifton Robinson**
3919 Washington Blvd.
St. Louis, MO 63108

**E. Rebecca Case**
7733 Forsyth Blvd. Suite 500
Saint Louis, MO 63105

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102