IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | Case No. 11-46399-705 |
| | § | |
| Latoya Steward, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### ORDER CLOSING CASE

*Membership in the bar is a privilege burdened with conditions.*

-- Benjamin Cardozo

Over the course of this long and ugly Case, the Court witnessed countless acts of unethical lawyering by attorneys Elbert A. Walton, Jr. and James C. Robinson. As a result of their malfeasance, Walton and Robinson have been suspended from practicing before this Court, stricken from the U.S. District Court's roll of attorneys, and suspended from practicing law by the Missouri Supreme Court. Each is a disgrace to the bar and an embarrassment to this noble profession.

But this Case should not be remembered as a testimony to Walton and Robinson's lack of moral character. More importantly, this Case is a testimony to the high professional character and deep commitment to legal ethics demonstrated by the other attorneys involved.

Attorney David Gunn took up the cause of the Debtor on a pro bono basis, zealously and successfully representing his client through the final appeal. Along the way, he dealt with the bad faith litigation strategies of Walton and Robinson, and was baselessly attacked by Walton and Robinson in their pleadings. Attorney Gunn did not collect a dime for his years of effort, and even donated his attorney's fee awards to a legal charity. Throughout it all, he never flinched from his professional obligations to the Debtor, protecting her from becoming yet-another victim of Walton and Robinson's abuse.

Attorney E. Rebecca Case, the chapter 7 trustee, devoted countless hours and immeasurable patience to this Case. For her efforts, she was maligned in

federal court papers filed by Robinson and Walton. And her time, too, went uncompensated. Yet she remained entirely committed to meeting her obligations as the chapter 7 trustee to the fullest—despite the fact that a lesser person could have found himself an easier path of less engagement, and perhaps spared himself the misery.

Attorney Pamela Leonard filed a notification with the Court when, in August 2015, she learned that Robinson was continuing to practice bankruptcy law in violation of his June 10, 2014 suspension. Attorney Leonard's willingness to bring the truth to light helped the Court make a complete record of Robinson's continuing contempt.

In addition, the Court notes the efforts of Assistant U.S. Attorney Nick Llewellyn, who represented the Judge when Walton sued the Judge in state court for acts taken in his official capacity while presiding over this Case. Attorney Llewellyn's professionalism and advocacy was appreciated.

The service of these attorneys helped to ensure that this forum is a place where justice can be served and the downtrodden are not left to suffer at the hands of the unscrupulous. As the Court reflects on this Case, it does not focus on the disreputable behavior of Walton and Robinson. It remembers the character and fortitude of the attorneys who strove to meet their ethical obligations to the highest calling. *In re Latoya Steward* is not a case about a couple of bad-actor attorneys; it is a case about attorneys who exemplify the best of the profession.

With those observations, the Court now **FINDS** that this Case is fully administered and ready for closure under 11 U.S.C. § 350, and **ORDERS** that the Case be so closed. Any and all matters that may remain pending are hereby **DENIED** as moot.

DATED: August 10, 2017
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

Copy Mailed To:

**David Nelson Gunn**
The Consumer Law Center of Saint Louis
DBA The Bankruptcy Company LLC
2025 S. Brentwood, Ste 206
Brentwood, MO 63144

**E. Rebecca Case**
7733 Forsyth Blvd.
Suite 500
Saint Louis, MO 63105

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

United States Bankruptcy Court
Eastern District of Missouri

In re:  
LaToya L Steward  
      Debtor

Case No. 11-46399-cer  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0865-4      User: prim     Page 1 of 1     Date Rcvd: Aug 10, 2017  
                     Form ID: pdfo2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.  
db          #+LaToya L Steward,    PO Box 110,    Troy, MO 63379-0110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:
```
              David Nelson Gunn    on behalf of Plaintiff LaToya L Steward generalmail@thebkco.com,
               clcstlecf@gmail.com,stlouistbcwam@gmail.com;r51538@notify.bestcase.com
              David Nelson Gunn    on behalf of Debtor LaToya L Steward generalmail@thebkco.com,
               clcstlecf@gmail.com,stlouistbcwam@gmail.com;r51538@notify.bestcase.com
              E. Rebecca Case    chapter7trustee@stoneleyton.com,  MO06@ecfcbis.com
              E. Rebecca Case    on behalf of Trustee E. Rebecca Case chapter7trustee@stoneleyton.com,
               MO06@ecfcbis.com
              Elbert A. Walton, Jr.    on behalf of Defendant James  Robinson metrolawfirm@elbertwaltonlaw.com,
               rochellegray@elbertwaltonlaw.com
              Elbert A. Walton, Jr.    on behalf of Respondent Elbert  Walton metrolawfirm@elbertwaltonlaw.com,
               rochellegray@elbertwaltonlaw.com
              Elbert A. Walton, Jr.    on behalf of Defendant  Critique Services LLC
               metrolawfirm@elbertwaltonlaw.com,  rochellegray@elbertwaltonlaw.com
              Elbert A. Walton, Jr.    on behalf of Defendant Renee  Mayweather metrolawfirm@elbertwaltonlaw.com,
               rochellegray@elbertwaltonlaw.com
              Elbert A. Walton, Jr.    on behalf of Defendant Beverly  Diltz metrolawfirm@elbertwaltonlaw.com,
               rochellegray@elbertwaltonlaw.com
              Elbert A. Walton, Jr.    on behalf of Respondent James C. Robinson
               metrolawfirm@elbertwaltonlaw.com,  rochellegray@elbertwaltonlaw.com
              EvaMarie  Kozeny    on behalf of Creditor   Ford Motor Credit Co LLC eva.kozeny@lawusa.com
              EvaMarie  Kozeny    on behalf of Defendant   Ford Motor Credit eva.kozeny@lawusa.com
              James Clifton Robinson    on behalf of Respondent James C. Robinson jcr4critique@yahoo.com,
               MyECF.CritiqueServices@gmail.com
              Janice R. Valdez    on behalf of Trustee E. Rebecca Case JRV@stoneleyton.com,  jrvecf@gmail.com
              Laurence D. Mass    on behalf of Defendant   Critique Services LLC laurencedmass@att.net
              Laurence D. Mass    on behalf of Respondent   Critique Services LLC laurencedmass@att.net
              Laurence D. Mass    on behalf of Defendant Beverly  Diltz laurencedmass@att.net
              Laurence D. Mass    on behalf of Defendant Renee  Mayweather laurencedmass@att.net
              Melinda J. Maune    on behalf of Creditor   Ford Motor Credit Co LLC bankruptcy@mllfpc.com,
               mllfpc@gmail.com
              Office of US Trustee     USTPRegion13.SL.ECF@USDOJ.gov
              Pamela B. Leonard    on behalf of Interested Party Pamela B Leonard pamela@sommars.net,
               donna@sommars.net
              Ross H. Briggs    on behalf of Defendant Ross  Briggs r-briggs@sbcglobal.net,  rb04938@gmail.com
              Ross H. Briggs    on behalf of Defendant Doreatha  Jefferson r-briggs@sbcglobal.net,
               rb04938@gmail.com
              Sharhonda T Shahid    on behalf of Defendant James  Robinson shahidlaw@aol.com
                                                                                             TOTAL: 24
```